THE STATE OF OHIO, APPELLEE, *v.* OVERTON, APPELLANT.

[Cite as *State v. Overton,* 128 Ohio St.3d 353, 2011-Ohio-740.]

(No. 2010–2072—Submitted February 1, 2011—Decided February 22, 2011.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. II.

{¶ 2} The portion of the judgment of the court of appeals addressing appellant's eighth assignment of error below is vacated on the authority of *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson.*

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and McGEE BROWN, JJ., concur.

Ron O'Brien, Franklin County Prosecuting Attorney, and Seth L. Gilbert, Assistant Prosecuting Attorney, for appellee.

Yeura R. Venters, Franklin County Public Defender, and Allen V. Adair, Assistant Public Defender, for appellant.